# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 69791

**FILED**

MAY 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a *"Motion N.R.C.P. 60(b)(3) "Fraud": Intrinsic & Extrinsic."* Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Hon. Patrick Flanagan, District Judge
        John Francis Arpino
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-13887